UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------
UNITED STATES OF AMERICA,

-vs-                                          **ORDER**

                                              CR-04-739(FB)
Maribel Azuzena-Rivadeneira,
            Defendants.
-------------------------------------

IT IS HEREBY ORDERED that the plea transcript dated 11/18/04 of the above defendant be unsealed.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: Brooklyn, N.Y.
       July 7, 2005